# United States Court of Appeals for the Federal Circuit

---

January 29, 2021

## ERRATA

---

Appeal No. 2020-1478

**THE DIAMOND SAWBLADES MANUFACTURERS' COALITION,**
*Plaintiff-Appellee*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

**v.**

**BOSUN TOOLS CO., LTD.,**
*Defendant-Appellant*

Decided:  January 27, 2021
Precedential Opinion

---

Please make the following change:

On page 2, line 27, "PRC, that" is changed to "PRC, which"